

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 98-CR-362-13 |
| FRANK CACEREZ, | |
| Defendant. | |

FILED

MAY 17 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

May 13, 2010

## ORDER

For the reasons set forth in the accompanying memorandum, petitioner's motion for reduction of sentence is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak

Pollak, J.

xc: MAI LP
F. CACEREZ